USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

# sussman law PC

### JONATHAN SUSSMAN, ESQ.

**MEMO ENDORSED**

391 E. 149th Street, Suite 205A, Bronx, NY 10455
Mobile: 215-913-9894 Office: 347-218-9289 Fax:
718-744-2977 Sussmanlawpc.com
E-Mail: lawyerjonathansussman@gmail.com

November 6, 2019

By ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Ariel Burgos**
**18 Cr. 570 (RA)**

> Application granted. The sentence is adjourned to February 21, 2020 at 3:00 p.m.
>
> Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the dates in which to file their submissions.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> November 18, 2019

Dear Honorable Judge Abrams:

    Pursuant to a retainer, I am the attorney retained to represent defendant Ariel Burgos in the above-captioned matter. Mr. Burgos has been released with a condition of home confinement since his arrest on July 17, 2018. The next current scheduled appearance is November 22, 2019 at 2:30 p.m. for sentencing.
    The defense respectfully submits this letter requesting that the Court grant a 90 day adjournment of the sentencing and all other deadlines in the above-referenced matter that is scheduled for November 22, 2019 so that it would be rescheduled to any date February 21, 2020 or after. The Government is aware of this first defense request for a continuance of the sentencing and has no objection to the continuance. The defense needs more time to prepare for the potential final PSR and our ongoing

objection to the Government's suggested enhancement. The United States Probation department also has no objection and is aware of the defense request for a first sentencing continuance and will tailor its filing deadlines appropriately based on that continuance request. In fact, the final PSR has not yet been issued as there is still an ongoing dispute as to one enhancement that is still being resolved before the final PSR will be released. There is a more pressing concern than even the preparation for the objections and the PSR being issued. Mr. Burgos was finally able to secure an excellent employment situation with Krasdale Foods, whereby he is working full time on the books with an excellent pay rate per hour and with additional funds allocated for overtime work. This position is of utmost importance to the Burgos family as he is preparing for a potentially lengthy prison confinement and therefore will have to leave the family with only however much he can earn now. This continuance reflects that urgency and his ability to save quite a bit of funds for the family's use and care in the event he is incarcerated for a lengthy prison term. Mr. Burgos, as all parties are aware and would agree with, continues to be in good stead with pre-trial services.

  As previously mentioned, the Government has consented to this continuance of the sentencing date and other filing deadlines as has the United States Department of Probation and will tailor the publication of the PSR accordingly.

                Respectfully submitted,

                s/JonathanSussman

                Jonathan Sussman
                Defense Attorney for Mr. Burgos
                347-218-9289