USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ARIEL BURGOS,

                    Defendant.

No. 18-Cr-570 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       Defendant Ariel Burgos has requested to adjourn his self-surrender date of April 21, 2020 in light of COVID-19. The Government has no objection. The Court, therefore, grants Mr. Burgos' request and extends his self-surrender date to July 21, 2020. Mr. Burgos is ordered to self-surrender directly to the designated BOP facility on that date before 2:00 p.m. To the extent that it remains feasible, the Court continues to recommend that Mr. Burgos be designated to Otisville Correctional Facility or a facility in or near the New York City area.

SO ORDERED.

Dated:    April 3, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge