Giorgi Buleishvili
CLINTON COUNTY CORRECTIONAL FACILITY
58 PINE MOUNTAIN ROAD
MCELHATTAN, PA 17748

U.S. District Court Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

RE: Response to Order Dated 4.27.20
    14-CR-773

Dear District Court Ronnie Abrams:

    I am detained by the immigration authorities at Clinton County Correctional Facility. We do not have access to email. I asked my immigration attorney Paul Grotas to read me the Court's Order and to help me with this request for counsel, which I have asked him to submit to the Court on my behalf.

I do not know whether I should pursue this claim for permission to file a late notice of appeal, as a claim for habeas corpus relief, as I do not understand the implications of that for my current immigration matter. I feel that I cannot make this important and significant decision without advice from an experienced federal criminal appellate attorney. My immigration attorney cannot advise me on these issues and unfortunately I cannot afford to retain appellate counsel. I respectfully request that the Court please appoint counsel to consult with me on the issue posed by the Court and to respond to the Court's inquiry. I very much appreciate the Court's analysis and helpful guidance and would like to respond in a manner that makes most sense, given my situation.

Thank you very much,

/s Giorgi Buleishvili
Giorgi Buleishvili