# sussman|law PC

**JONATHAN SUSSMAN, ESQ.**

391 E. 149th Street, Suite 205A, Bronx, NY 10455
**M**obile: 215-913-9894 **O**ffice: 347-218-9289 **F**ax: 718-744-2977 Sussmanlawpc.com
**E**-Mail: lawyerjonathansussman@gmail.com

October 10, 2020

By ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Ariel Burgos**
        **18 Cr. 570 (RA)**

> Application granted, although if Mr. Burgos violates any additional terms of his release, the Court will entertain an application to require him to surrender immediately.
>
> SO ORDERED.
>
> [signature]
>
> Ronnie Abrams, U.S.D.J.
> October 13, 2020

Dear Honorable Judge Abrams:

     Pursuant to a retainer, I am the attorney retained to represent defendant Ariel Burgos in the above-captioned matter. Mr. Burgos has been released with a condition of home confinement since his arrest on July 17, 2018. The next current scheduled activity on his case is October 26, 2020 for his self-surrender.

     The defense respectfully submits this letter requesting that the Court allow for an extension of time of three months until he has to self-surrender. As we informed the Court in our last communication, Mr. Burgos' fiancé was expecting a child in August. She arrived early but so early that there were complications as might have been expected. His daughter is fine despite being so premature. She is now three months old

and she suffers from abdominal pains but has no other obvious issues despite being so premature.  His fiancée has still been suffering both physically and mentally and has severe back pains that she seeks treatment and therapy for since the birth.

       To reiterate how COVID-19 was addressed in our last motion:
"To consolidate things even further, the health crisis is unabated.  As the Court is no doubt aware, the COVID-19 pandemic, while mutated and dimmed a bit in New York City, is in strong force in the FCI and Federal inmate and correctional facility populations.  These populations are exactly where Mr. Burgos would be headed to stay for the next three years, minus merit time and half-way house transfers.  So long as he is in good stead with all of the requirements of his home confinement and pre-trial services requisites, which he is, then he would be requesting a three month delay to his self-surrender."

       Mr. Burgos, as all parties are aware and would agree with, continues to be in good stead with pre-trial services.  Further, the Government had no objection to this request at its inception.  The pandemic has only spread further into the FCI community especially Metropolitan area FCI facilities that he could be placed at as well as the NYC recent uptick and hot spot surge in certain zip codes.   He still has his fiancée receiving medication, treatment and therapy and has a three month old baby with abdominal pains to help care for on a daily basis.  We respectfully cannot see how any objection would now issue.  Please let us know if we can further address any issues or concerns in light of this important request to Mr. Burgos and his family.

      Respectfully submitted,

      s/Jonathan Sussman

      Jonathan Sussman
      Defense Attorney for Mr. Burgos
      347-218-9289