

**JONATHAN SUSSMAN, ESQ.**

391 E. 149th Street, Suite 205A, Bronx, NY 10455
Mobile: 215-913-9894 Office: 347-218-9289 Fax: 718-744-2977 Sussmanlawpc.com
E-Mail: lawyerjonathansussman@gmail.com

January 20, 2021

By ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Mr. Burgos' voluntary surrender date is extended to April 5, 2021.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 20, 2021

Re:       **United States v. Ariel Burgos**
             **18 Cr. 570 (RA)**

Dear Honorable Judge Abrams:

    Pursuant to a retainer, I am the attorney retained to represent defendant Ariel Burgos in the above-captioned matter.  Mr. Burgos has been released with a condition of home confinement since his arrest on July 17, 2018.  The next current scheduled activity on his case is January 26, 2021 for his self-surrender.

    The defense respectfully submits this letter requesting that the Court allow for what we hope and expect is our final request for an extension of time of two more months until he has to self-surrender.  As we informed the Court in our last communication, Mr. Burgos' fiancé was expecting a child in August.  She arrived early but so early that there were complications as might have been expected.  His daughter

is fine despite being so premature.  She is now six months old and she suffers from abdominal pains but has no other obvious issues despite being so premature.  His fiancée has still been suffering both physically and mentally and has severe back pains that she seeks treatment and therapy for since the birth.

   To reiterate how COVID-19 was addressed in our last motion:
"To consolidate things even further, the health crisis is unabated.  As the Court is no doubt aware, the COVID-19 pandemic, while mutated and dimmed a bit in New York City, is in strong force in the FCI and Federal inmate and correctional facility populations.  These populations are exactly where Mr. Burgos would be headed to stay for the next three years, minus merit time and half-way house transfers.  So long as he is in good stead with all of the requirements of his home confinement and pre-trial services requisites, which he is, then he would be requesting a three month delay to his self-surrender."

   Mr. Burgos, as all parties are aware and would agree with, continues to be in good stead with pre-trial services.  Further, the Government had no objection to this request at its inception.  The pandemic has only spread further into the FCI community especially Metropolitan area FCI facilities that he could be placed at as well as the NYC recent uptick and hot spot surge in certain zip codes.   He still has his fiancée receiving medication, treatment and therapy and now has a six month old baby with abdominal pains to help care for on a daily basis.  We respectfully cannot see how any objection would now issue.  Please let us know if we can further address any issues or concerns in light of this important request to Mr. Burgos and his family.

               Respectfully submitted,

               s/Jonathan Sussman

               Jonathan Sussman
               Defense Attorney for Mr. Burgos
               347-218-9289