```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    18 CR 570
     -against-                       :    ORDER
                                     :
Ariel Burgos                         :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

ORDERED that the defendant's conditions of release be modified to permit removal of the GPS monitoring equipment on July 2, 2021, prior to the defendant's surrender to his designated facility on July 5, 2021.

Dated: New York, New York
       July  2 , 2021

                              SO ORDERED

                              _____
                              Ronnie Abrams
                              United States District Judge