

**JONATHAN SUSSMAN, ESQ.**

391 E. 149th Street, Suite 205A, Bronx, NY 10455     **M**obile:
215-913-9894 **O**ffice: 347-218-9289 **F**ax:
718-744-2977 Sussmanlawpc.com
**E**-Mail: lawyerjonathansussman@gmail.com

March 3, 2026

By ECF

Honorable Ronnie Abrams
United States District Court-Southern District of New York
500 Pearl Street, New York, NY 10007

 Re:        **United States v. Ariel Burgos**
            **18 Cr. 570 (RA)**

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 4, 2026

Dear Honorable Judge Abrams:

        Pursuant to a retainer, I am the attorney retained to represent defendant Ariel Burgos in the above-captioned matter.  Mr. Burgos has been released to supervised release on January 17, 2024.  The next current scheduled activity on his case is January 16, 2027 when his supervision is due to be completed.

        I write to follow up on our existing email electronic communication as to his Uncle's death. His Uncle's funeral is March 7, 2026. He will be traveling from March 4, 2026 until he returns on March 11, 2026.  He would be staying with his family. His supervising probation officer has no objection to this request. The AUSA assigned to this matter has no objection to this request.

Respectfully submitted,

s/Jonathan Sussman

Jonathan Sussman

Defense Attorney for Mr. Burgos