UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARIEL BURGOS,<br><br>Defendant. | 18-CR-570 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 9, 2026, the Court received Defendant Ariel Burgos's motion for early termination of supervised release. Dkt. 71. The Government and the Probation Department do not oppose the motion. Dkt. 73. For the reasons stated in Defendant's motion and the Government's response, and after considering the relevant factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3853(e). Accordingly, Defendant's motion for early termination of supervised release is granted.

SO ORDERED.

Dated:     April 27, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge